# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
09-04-16

| | |
|---|---|
| United States of America<br>v.<br>Francisco Calderon-Juarez,<br>a.k.a.: Emilio Gomez-Perez,<br>a.k.a.: Luis Roberto Tovar-Martinez,<br>a.k.a.: Hipolito Arias Castro,<br>(A 077 755 044)<br>*Defendant* | Case No. 16-9338 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Francisco Calderon-Juarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about October 31, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

The criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Barry Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 6, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 4, 2016, the Phoenix Police Department (PPD) encountered Francisco Calderon-Juarez in Phoenix, Arizona. PPD Officer Johnson suspected Calderon-Juarez to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer Reyes telephonically interviewed Calderon-Juarez and determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, Calderon-Juarez was transported to the Phoenix ICE office for further investigation and processing. Calderon-Juarez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Francisco Calderon-Juarez to be a citizen of Guatemala and a previously deported criminal alien. Calderon-Juarez was removed

1

from the United States to Guatemala at or near Mesa, Arizona, on or about October 31, 2013, pursuant to an order of removal issued by an immigration official. There is no record of Calderon-Juarez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Calderon-Juarez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Francisco Calderon-Juarez was convicted of Illegal Re-Entry, a felony offense, on December 20, 2005, in the United States District Court, Western Division of Texas, El Paso Division. Calderon-Juarez was sentenced to twenty-four (24) months' imprisonment and three (3) years' supervised release. Calderon-Juarez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 4, 2016, Francisco Calderon-Juarez was advised of his constitutional rights. Calderon-Juarez freely and willingly declined to provide a statement under oath.

6. For these reasons, the affiant submits that there is probable cause to believe that on or about September 4, 2016, Francisco Calderon-Juarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near Mesa, Arizona, on or about October 31, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of September, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge